■ HARVEY M. STEWART, as Executor of MABEL S. WEBBER, Deceased, Respondent, v. JOHN W. FORREST, as Administrator of the Estate of RUTH M. FORREST, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Bastow, Goldman, and Halpern, JJ.

■ FRANK GERWITZ, Respondent, v. MOHAWK TRUCK RENTAL, INC., Defendant-Appellant and Third-Party Plaintiff. GOULD NATIONAL BATTERIES, INC., Third-Party Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow, and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. SMITH, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD DEAN (DICK) HOLLIDAY, Appellant.— Motion granted to serve notice of appeal on district attorney; motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PARKER F. BARTLETT, Appellant.— Motion to appeal on handwritten papers denied on the ground that the order sought to be reviewed is not appealable.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERRY E. WILLIAMS, Appellant.— Motion to appeal on original papers, and for other relief, denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD E. MACKEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal; motion for submission of written interrogatories denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS H. SCOTT, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

## (May 14, 1958)

■ HELEN GONSA, Respondent, v. CARMEN LICITRA, Appellant.— Order reversed, without costs of this appeal to either party, and motion denied, without costs. Memorandum: We have on several occasions made it clear that orders of preclusion for failure to serve bills of particulars in negligence actions may not be disregarded with impunity. In the absence of extraordinary and exceptional circumstances, which are not established by the affidavits in this case, we consider it an abuse of discretion to grant relief from a preclusion order. (*Goldstein* v. *Wickett*, 3 A D 2d 135; *O'Connell* v. *Korb*, 3 A D 2d 978; *Schulz* v. *Sun Oil Co.*, 4 A D 2d 44; *Walker* v. *Ferri*, 5 A D 2d 24.) All concur. (Appeal from an order of Onondaga Special Term granting plaintiff's motion to open her default in complying with an order of preclusion, and modifying the order by permitting her to serve a bill of particulars.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ TOWN OF NEWFANE, Appellant, v. FAIRMEADOWS MOBILE VILLAGE, INC., et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Niagara Trial Term dismissing plaintiff's complaint in an injunction action.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.